UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MBIA INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, LEXINGTON INSURANCE COMPANY and WURTTEMBERGISCHE VERSICHERUNG AG,<br><br>                    Defendants. | No. 14-cv-1769-SAS<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS** |

PLEASE TAKE NOTICE that, upon the accompanying declaration of James Manners Wood and the exhibits annexed thereto, the accompanying Memorandum of Law, and all proceedings had herein, Defendants CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, LEXINGTON INSURANCE COMPANY and WURTTEMBERGISCHE VERSICHERUNG AG move before the Honorable Judge Shira A. Scheindlin, United States District Judge, in Courtroom 15C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order dismissing Plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") on the ground that the complaint fails to state a claim and pursuant to Rule 12(b)(1) of the FRCP on the ground that the Court lacks subject matter jurisdiction as the claims in the complaint are not ripe for adjudication, and granting such other and further relief as may be just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's instructions at the April 7, 2014 court conference, opposing papers, if any, must be served and filed with the Court on or before May 9, 2014. Unless such papers are timely served and filed, the relief sought herein may be granted.

.

Dated: April 25, 2014
       New York, New York

                                              Respectfully submitted,

                                              /s/ Edward J. Kirk
                                              Edward J. Kirk
                                              Theresa M. Biedermann
                                              Bryce K. Guingrich
                                              CLYDE & CO US LLP
                                              405 Lexington Avenue
                                              16th Floor
                                              New York, NY 10174
                                              Phone: 212-710-3900
                                              Fax: 212-790-3950
                                              edward.kirk@clydco.us
                                              theresa.biedermann@clydeco.us
                                              bryce.guingrich@clydeco.us

                                              *Counsel for Defendants*
                                              CERTAIN UNDERWRITERS AT
                                              LLOYD'S, LONDON, LEXINGTON
                                              INSURANCE COMPANY and
                                              WURTTEMBERGISCHE
                                              VERSICHERUNG AG

VIA ECF TO:

Robin L. Cohen
Kenneth H. Frenchman
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Phone: 212-506-1700
rcohen@kasowitz.com
kfrenchman@kasowitz.com

*Counsel for Plaintiff*
MBIA INC.